P.S* Informa Pauperis form will be sent with copies of Summons as soon as they're recieved & complete

Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

*FILED MAR 12 2018 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY*

All material filed in this Court is now available via the **INTERNET**. See Pro Se Privacy Notice for further information.

## 1. CAPTION OF ACTION

18 CV 6210 FPG

**A.** Full Name And Prisoner Number of Plaintiff: NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Gregory Ramos   ICN #110864   DIN #17-B-1422
2. _____

-VS-

**B.** Full Name(s) of Defendant(s) NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Detective Sergeant Carl Lundin
2. Detective Sergeant James Dunham
3. Detective Christopher Sterlace
4. Henry Velez 000951
5. Cheryl Slomka
6. Detective Mary Evans
7. Chief Detective Dennis Richards
8. Captain Ronald Jentz   Continued # attachment 1

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Gregory Ramos ICN #110864 DIN #17-B-1422
Present Place of Confinement & Address: Sing Sing Correctional facility 354 Hunter St. Ossining, NY 10562

Name and Prisoner Number of Plaintiff: _____
Present Place of Confinement & Address: _____

<u>DEFENDANT'S INFORMATION</u> NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: __Ronald Jentz__

(If applicable) Official Position of Defendant: __Captain Buffalo Police Department__

(If applicable) Defendant is Sued in _____ Individual and/or __X__ Official Capacity

Address of Defendant: __74 Franklin St. Buffalo, NY 14202__


Name of Defendant: __Dennis Richards__

(If applicable) Official Position of Defendant: __Cheif Detective Buffalo Police Department__

(If applicable) Defendant is Sued in _____ Individual and/or __X__ Official Capacity

Address of Defendant: __74 Franklin St. Buffalo, NY 14202__


Name of Defendant: __Carl Lundin__

(If applicable) Official Position of Defendant: __Detective Sergeant__

(If applicable) Defendant is Sued in _____ Individual and/or __X__ Official Capacity

Address of Defendant: __74 Franklin St. Buffalo, NY 14202__

Continued # attachment 2

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
Yes ■   No __X__

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____


2. Court (if federal court, name the district; if state court, name the county): _____


3. Docket or Index Number: _____

4. Name of Judge to whom case was assigned: _____

2

Caption of Act

9. Deborah A. Haendiges
10. Thomas P. Franczyk
11. Colleen Curtain Gable
12. Lynette M. Reda
13. Mr. Garcia
14. Detective Kaska
15. Joseph J. Terranova

Defendant's Information #2 Attachment

Name of Defendant: Joseph J. Terranova
Official Position of Defendant: Attorney at law
Defendant is sued in: Official ~~capcity~~ Capacity
Address of Defendant: 2901 Bowen rd. Suite.C, Elma, ny

Name of Defendant: Kaska
Official Position of Defendant: Detective
Defendant is sued in: Official Capacity
Address of Defendant: 74 Franklin st. Buffalo, NY 14202

Name of Defendant: Garcia
Official Position of Defendant: Employee of Buffalo Police Department
Defendant is sued in: official capacity
Address of Defendant: 74 Franklin st. Buffalo, NY 14202

Name of Defendant: Cheryl Slomka
Official Position of Defendant: Employee of Buffalo Police Department
Defendant is sued in: official capacity
Address of Defendant: 74 Franklin St. Buffalo, NY 14202

Name of Defendant: Henry Velez
Official Capacity: Detective
Defendant is sued in: official capacity and individual
Address of Defendant: 74 Franklin st. Buffalo, NY 14202

Name of Defendant: Mary Evans
Official Position: Detective
Defendant is sued in: official capacity
Address of Defendant: 74 Franklin St. Buffalo, NY 14202

Name of Defendant: Christopher Sterlace
Official Position: Detective
Defendant is sued in: official capacity

Name of Defendant: James Dunham
Official Position: Detective Sergeant
Defendant is sued in: official capacity
Address of Defendant: 74 Franklin st. Buffalo, NY 14202

#2 Attachment Continued →

Name of Defendant: Lynch M. Redu
Official Position: A.D.A of Erie County
Defendant is sued in: official capacity
Address of Defendant: 25 Delaware ave. Buffalo, NY 14202

Name of Defendant: Colleen Curtain Gable
Official Position: A.D.A of Erie County
Defendant is sued in: official capacity
Address of Defendant: 25 Delaware ave. Buffalo NY 14202

Name of Defendant: Thomas P. Franczyk
Official Capacity: Honorable Judge
Defendant is sued in: official capacity
Address of Defendant: 25 Delaware ave. Buffalo NY 14202

Name of Defendant: Deborah A. Haendiges
Official Position: Honorable Judge
Defendant is sued in: official capacity
Address of Defendant: 25 Delaware ave. Buffalo, NY 14202

5. The approximate date the action was filed:_____
6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved._____

    Disposition (check the statements which apply):

    ____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

        ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ____ By court for failure to exhaust administrative remedies;

        ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ____ By court due to your voluntary withdrawal of claim;

    ____ <u>Judgment</u> upon motion or after trial entered for

        ____ plaintiff

        ____ defendant.

B. Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

    Yes **X**   No ■

<u>If Yes. complete the next section</u>. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

    Plaintiff(s): **Gregory Ramos**

    Defendant(s): **Doccs New York State**

2. District Court: **Western New York**
3. Docket Number: **17-CV-1223**
4. Name of District or Magistrate Judge to whom case was assigned: **N/A**

5. The approximate date the action was filed: **Currently N/A**
6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved._____

Disposition (check the statements which apply):

___ Disposition (check the box which indicates why it was dismissed):

    ___ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ___ By court for failure to exhaust administrative remedies;

    ___ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    _X_ By court due to your voluntary withdrawal of claim; for ~~introspection~~ exhaustion of State remedies (Appeals)

___ Judgment upon motion or after trial entered for

    ___ plaintiff

    ___ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

4

A. **FIRST CLAIM:** On (date of the incident) May 23, 2016 - April 2018
defendant (give the **name and position held** of **each defendant** involved in this incident) Det. Kaska, Mr. Garcia, Det. Dunham, Det. Lundin, Det. Mary Evans, Cheryl Slomka, Captain Jentz, Chief Richards, Det. Velez, Det. Sterlace, Joseph J. Terranova
did the following to me (briefly state what each defendant named above did): Played a part in the malicious prosecution which denied me my due process rights by including false evidence to the investigation which led to my prosecution and withheld my property.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Violation of Due Process, Search & Seizure, False arrest, and malicious prosecution
The relief I am seeking for this claim is (briefly state the relief sought): For this injustice to be corrected and a lawsuit of 50 thousand brought against defendant's principal Department.

**Exhaustion of Your Administrative Remedies for this Claim:**
Did you grieve or appeal this claim? ____ Yes __X__ No   If yes, what was the result? ____

Did you appeal that decision? ____ Yes __X__ No   If yes, what was the result? ____

*Attach copies of any documents that indicate that you have exhausted this claim.*
If you did not exhaust your administrative remedies, state why you did not do so: Lack of Knowledge of exhuastions. I have repeatedly try to grieve this matter with ~~anything~~ several different sources, but no response. (I will retrieve those documents).

A. **SECOND CLAIM:** On (date of the incident) June 9, 2016 - April 2018
defendant (give the **name and position held** of **each defendant** involved in this incident) Joseph J. Terranova esq., Hon. Deborah A. Haendiges, Hon. Thomas P. Franczyk, A.D.A Colleen Curtain Gable, A.D.A Lynette M. Reda

5

did the following to me (briefly state what each defendant named above did): Constructively denied me due process, the Speedy trial right, and effective assistance of counsel do to their own interest to malicious prosecution. By first giving a unreasonably high bail, charging me with charges not constituted by allegation or disposition, also by their lack of investigation

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Excessive bail, malicious prosecution Due process, Speedy trial, ineffective assistance of counsel.

The relief I am seeking for this claim is (briefly state the relief sought): For this injustice to be corrected and a lawsuit of 50 thousand brought against defendant's principal Department and each Defendant

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes __X__ No   If yes, what was the result? _____

Did you appeal that decision? _____ Yes __X__ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: Lack of knowledge of exhaustions. I have repeatedly try to grieve this matter with several different sources, but no response. (I will retrieve those documents).

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Lawsuit of 50 thousand against defendants principal Department. For this injustice to be corrected or pardoned.

Do you want a jury trial? Yes __X__ No____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12-26-17___ GR
(date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

GRamos

_____
Signature(s) of Plaintiff(s)



NAME: Gregory Ramos   ICN# 118864
ERIE COUNTY HOLDING CENTER
40 DELAWARE AVENUE
BUFFALO, NEW YORK 14202-3999

United States District Court Clerk
2120 U.S. Courthouse
100 State St.
Rochester, New York, 14614-1387